# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Dolores Ammons-Lewis, et al. v. Dolton School District 149, et al.

Case Number: 1:20-cv-01319

An appearance is hereby filed by the undersigned as attorney for:

Defendant Dolton School District 149

Attorney name (type or print): Scott R. Wolfe

Firm: Wilson Elser Moskowitz Edelman & Dicker LLP

Street address: 55 West Monroe Street, Suite 3800

City/State/Zip: Chicago IL 60603

Bar ID Number: 6230545
(See item 3 in instructions)

Telephone Number: 312-704-0550

Email Address: scott.wolfe@wilsonelser.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/20/2021

Attorney signature: S/ Scott R. Wolfe

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015